ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
**Sep 02, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br>v.<br><br>KELLY LYNN BROWN,<br><br>Defendant. | CASE NO. 1:26-mj-00103-FJS<br><br>**SEALING ORDER** |

Upon application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered SEALED until further order of this court.

DATED: September 1, 2026

HON. FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE