IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KELLY LYNN BROWN,<br>Defendant. | CASE NO. 1:26-MJ-00103-FJS<br><br>**ORDER UNSEALING CRIMINAL COMPLAINT** |

The United States, having applied to the Court for the criminal complaint and arrest warrant for above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and for the arrest warrant with respect to the defendant, now having been executed and the need for sealing has ceased:

IT IS THEREFORE ORDERED that the criminal complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: **September 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge