ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KELLY LYNN BROWN,<br>Defendant. | CASE NO. 1:26-CR-00161-KES-EPG<br><br>STIPULATION TO CONTINUE MOTION TO REVOKE DETENTION ORDER HEARING; ORDER<br><br>DATE: October 2, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Kirk E. Sherriff |

On September 24, 2026, through counsel, Kelly Brown ("Brown"), requested a continuance for the Motion to Revoke Detention Order hearing currently set on September 28, 2026, and proposed October 2, 2026. The government does not oppose a continuance to October 2, 2026.

The parties also agree that the status conference set for October 14, 2026 can remain on calendar. Additionally, the parties agree that time shall be excluded through October 14 2026, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Respectfully submitted,

Dated: September 25, 2026

*/s/ Mark Broughton*
MARK BROUGHTON
Counsel for Kelly Lynn Brown

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KELLY LYNN BROWN,<br>Defendant. | CASE NO. 1:26-CR-00161-KES-EPG<br><br>ORDER |

Upon the parties' stipulation and for good cause shown, the Motion to Revoke Detention Order hearing currently scheduled for September 28, 2026, at 11:00 a.m., is hereby continued to **October 2, 2026, at 9:00 a.m.**, in Courtroom 6. The status conference set for October 14, 2026, shall remain on calendar. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through October 14, 2026, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 25, 2026

UNITED STATES DISTRICT JUDGE